WM. W. BOYD *v.* R. L. ANDERSON ET AL.

[Abstract Kentucky Law Reporter, Vol. 2—388.]

**Commissioner's Sale.**

Where there is no direction given a commissioner by the judgment to value the property sold, and not being subject to appraisement, still he fixes its value and requires at the sale that it should bring two-thirds of such value, the rights of the creditor are prejudiced, as he is entitled to have such property sold for what it will bring.

APPEAL FROM FAYETTE CIRCUIT COURT.

March 29, 1881.

OPINION BY JUDGE PRYOR:

There was no direction given the commissioner by the judgment to value the property sold, and not being subject to appraisement, the valuation made, and the requirement by the commissioner that it should bring two-thirds of its value, enured to the benefit of the

owner, and prejudiced the rights of the creditor.   We perceive no reason for disturbing the judgment or sale.

Judgment *affirmed.*

*Morton & Parker, for appellant.*

*Beck & Thornton, D. G. Falconer, for appellees.*